IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT LIGHT AND POWER COMPANY,<br>　　　　Plaintiff<br><br>v.<br><br>VERIZON NEW YORK INC.,<br>　　　　Defendant. | Civil Action<br>No. 3:14-cv-1152<br><br><br>**COMPLAINT**<br>**AND JURY DEMAND** |

## PARTIES

1. The Plaintiff, The Connecticut Light and Power Company ("CL&P"), is a Connecticut corporation organized under the laws of Connecticut with a regular place of business in Hartford, Connecticut.

2. The Defendant, Verizon New York Inc. ("Verizon") is a foreign corporation organized under the laws of New York with a principal place of business in New York, NY.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332(a), as there is complete diversity of citizenship and the amount of damages exceeds $75,000.

4. Venue is proper in this Court pursuant to 28 U.S.C. 1391(b)(2), as a substantial part of the events or omissions giving rise to the claim occurred within the district of Connecticut.

## FACTS

5. CL&P provides electric service to commercial and residential customers within the State of Connecticut, including within the Town of Greenwich.

6. Verizon provides telecommunications and cable services within certain locations in Connecticut, including the Town of Greenwich.

7. Verizon and CL&P jointly own certainly utility poles with the Town of Greenwich.

8. CL&P and Verizon are parties to a certain agreement entitled "Agreement Between The Connecticut Light and Power Company and the New York Telephone Company Covering the Joint Use of Poles", dated January 1, 1956, as has been amended (hereinafter referred to as the "Joint Pole Agreement").

9. The Joint Pole Agreement, among other things, governs the parties' respective rights and responsibilities with regard to utility poles jointly owned or used by both the parties as well as their respective attachments to said utility poles.

10. The Joint Pole Agreement provides that "Each party shall maintain in good order and repair at its own expense, its own wires, fixtures and appurtenances on all JOINTLY OWNED poles covered by this Agreement."

11. On and prior to January 30, 2012, Verizon and CL&P jointly owned a utility pole pursuant to the Joint Pole Agreement located near the intersection of Riversville Road and Sherwood Avenue in Greenwich, known by CL&P as "Pole #69171".

12. Both parties had various attachments to affixed to Pole #69171.

13. Verizon had various cables and wires attached to Pole #69171, some of which were hung perpendicularly above and across Riversville Road.

14. Verizon failed to maintain its wires and cables and other fixtures attached to Pole #69171 in good order and repair and, as a result, its wires hung below the minimum height over the roadway allowed by applicable codes and regulations.

15. On January 30, 2012, a vehicle traveling down Riversville Rd. struck Verizon's low-hanging wires and caused Pole #69171 to break.

16. As a result of Pole #69171 breaking, a major power outage occurred and severe damage was caused to CL&P's nearby electrical distribution equipment.

17. Significant repair work was necessitated in order to make the area safe, restore power to nearby customers and repair and replace the damaged equipment.

18. CL&P incurred $258,634.35 in damages conducting its repairs and restoring power to its customers.

## CLAIMS FOR RELIEF

### Breach of Contract

19. CL&P repeats, realleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 15 of this Complaint.

20. Verizon and CL&P entered into the Joint Pole Agreement which required, among other things, that Verizon maintain its attachments to jointly owned poles in good order and repair.

21. Verizon breached the Joint Pole Agreement by failing to maintain in good order and repair its wires and cables.

22. As a result of Verizon's breach of its contractual obligations as aforesaid, damage was caused to CL&P's electrical distribution equipment.

23. CL&P incurred $258,634.35 in damages making the area safe, repairing its damaged equipment and restoring power to its customers.

## JURY DEMAND

The Plaintiff claims a trial by jury on all issues so triable.

Respectfully submitted,

**THE CONNECTICUT LIGHT AND POWER COMPANY.**

By its Counsel:

 */s/ Wesley S. Chused*_____
Wesley S. Chused, Mass. BBO # 083520
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
T: (617) 951-2800
F:  (617) 951-2819
wchused@lgllp.com

August 8, 2014


Applicant for admission Pro Hac Vice:

Joshua A. Lewin, Esq. (Mass BBO# 658299)
Looney & Grossman, LLP
101 Arch Street
Boston, MA 02110
T:  617-235-8619
F:  617-951-2819
E:  Jlewin@lgllp.com

4811-1791-6700, v.  1

4