IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ ) <br> ) <br> THE CONNECTICUT LIGHT AND POWER ) <br> COMPANY, ) <br>         Plaintiff ) <br> ) <br> v. ) <br> ) <br> VERIZON NEW YORK INC., ) <br>         Defendant. ) <br> _____) | **Civil Action** <br> **No.  3:14-cv-1152** |

## CORPORATE DISCLOSURE STATEMENT OF THE CONNECTICUT LIGHT AND POWER COMPANY

Pursuant to Fed. R. Civ. P. 7.1, The Connecticut Light and Power Company hereby states that it is a wholly-owned subsidiary of Northeast Utilities, a Massachusetts voluntary association whose shares are publicly traded and listed on the New York Stock Exchange under the symbol "NU."

Respectfully Submitted:.

**THE CONNECTICUT LIGHT AND POWER COMPANY**

By Its Counsel:

*/s/  Wesley S. Chused*_____
Wesley S. Chused, Mass. BBO # 083520
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
T: (617) 951-2800
F:  (617) 951-2819
wchused@lgllp.com