# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| _____ )<br>THE CONNECTICUT LIGHT AND POWER )<br>COMPANY, )<br>        Plaintiff )<br>         )<br>v. )<br>         )<br>VERIZON NEW YORK INC., )<br>        Defendant. )<br>_____) | **Civil Action**<br>**No.  3:14-cv-01152 -SRU** |

## ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE*: ATTORNEY JOSHUA A. LEWIN

The undersigned attorney, Wesley S. Chused, Esq., on behalf of the Plaintiff, hereby moves pursuant to Local Rule 83.1 of the Rules for the District Court for the District of Connecticut that Attorney Joshua A. Lewin, Esq., a member of the Bar of the Commonwealth of Massachusetts, be admitted *pro hac vice* to represent the Plaintiff before this Court in this Matter.  In support of this Motion, the Court is directed to the Affidavit of Joshua A. Lewin, which is filed herewith, and further states as follows:

1. Attorney Lewin represents NSTAR Electric Company in Massachusetts ("NSTAR"). NSTAR and Connecticut Light and Power Company ("CL&P") are both subsidiaries of Northeast Utilities.

2. Attorney Lewin has represented NSTAR in dozens of claims with fact patterns very similar to the one in this case, and is familiar with the particular factual and legal issues involved.  Attorney Lewin has represented NSTAR in many similar claims against Verizon New York Inc.'s Massachusetts affiliate, Verizon New England, Inc.

3.  CL&P's usual Connecticut counsel could not represent CL&P in this matter due to a conflict of interest.  As such, CL&P desires that Attorney Lewin represent its interests in this case.

4.  Attorney Lewin's affidavit, which is attached hereto, satisfies the requirements of Local Rule 83.1.

5.  On October 10, 2014, counsel for the defendant assented to this Motion.

Respectfully Submitted:

October 10, 2014

_____ */s/  Wesley S. Chused* _____
Wesley S. Chused, Ct. Fed Bar# 000328
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
T: (617) 951-2800
F:  (617) 951-2819
wchused@lgllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2014, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Wesley S. Chused* _____
Wesley S. Chused, Ct. Fed Bar# 000328
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
T: (617) 951-2800
F:  (617) 951-2819
wchused@lgllp.com

4822-8681-7052, v.  1