UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT LIGHT AND POWER COMPANY,<br>　　　　Plaintiff<br><br>v.<br><br>VERIZON NEW YORK INC.<br>　　　　Defendant. | Civil Action<br>No. 3:14-cv-01152 -SRU |

## AFFIDAVIT OF JOSHUA A. LEWIN, ESQ.
## IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Joshua A. Lewin, on oath, do herby depose and state as follows:

1. I am attorney duly licensed to practice law in the Commonwealth of Massachusetts. I make this affidavit in support of a motion pursuant to Local Rule 83.1 of the Rules for the District Court for the District of Connecticut for an Order admitting me *pro hac vice* to appear and represent the Plaintiff before this Court in this matter.

2. My office contact information is as follows:

   Joshua A. Lewin, Esq.
   Looney & Grossman, LLP
   101 Arch St.
   Boston, MA 02110
   T: 617-235-8619
   F: 617-951-2819
   E: Jlewin@lgllp.com

3. I am a member in good standing of the bar of the Commonwealth of Massachusetts. My Massachusetts Bar identification number is 658299. A Certificate of Good Standing from the Commonwealth of Massachusetts is attached hereto. I have also been admitted to practice before the following federal courts:

   a. United States District Court for the District of Massachusetts (Bar ID#: N/A)

   b. United States District Court for the District of New Hampshire (admitted *pro hac vice*).

   c. United States Bankruptcy Court, District of Massachusetts

   d. United States Court of Appeals for the First Circuit (Bar ID#: 1127281)

4. I have no pending (or prior) disciplinary complaints against me.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I am designating the sponsoring attorney, Wesley S. Chused, Esq., Looney & Grossman LLP, 101 Arch Street, Boston MA 02110, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

Respectfully Submitted:

_____
Joshua A. Lewin, Esq. (Mass BBO# 658299)
Looney & Grossman, LLP
101 Arch St.
Boston, MA 02110
T: 617-235-8619
F: 617-951-2819
E: Jlewin@lgllp.com

Date: October 10, 2014

4820-9381-3532, v. 1

2

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the tenth day of December A.D. 2003, said Court being the highest Court of Record in said Commonwealth:

## Joshua A. Lewin

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this eleventh day of August in the year of our Lord two thousand and fourteen.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116