UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT LIGHT AND POWER COMPANY, | ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:14-cv-1152-SRU |
| vs. | ) ) |
| VERIZON NEW YORK, INC. | ) |
| Defendant. | ) OCTOBER 14, 2014 |

## NOTICE OF APPEARANCE OF COUNSEL
## ON BEHALF OF DEFENDANT

Pursuant to D. Conn. L. Civ. R. 5, notice is hereby given give of the appearance of undersigned counsel on behalf of the defendant in the above entitled matter:

Name:       Jay M. Wolman

Bar No.:    ct29129

Address:    Raymond Law Group LLC
            90 National Drive, Suite 3
            Glastonbury, CT 06033

Telephone:  (860) 633-0580

Fax No.:    (860) 633-0438

E-mail:     Wolman@raymondlawgroup.com

Dated:      October 14, 2014

                    Respectfully submitted,
                    THE DEFENDANT

                    /s/ Jay M. Wolman
                    Jay M. Wolman, ct29129
                    Raymond Law Group LLC
                    90 National Drive, Suite 3
                    Glastonbury, CT 06033
                    Tel. 860-633-0580
                    Fax. 860-633-0438
                    Wolman@raymondlawgroup.com
                    Attorneys for Defendant

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Date:   October 14, 2014                                       /s/ Jay M. Wolman
                                                                                    Jay M. Wolman