UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE CONNECTICUT LIGHT AND POWER    )
COMPANY,    )
                Plaintiff,    ) CIVIL ACTION NO. 3:14-cv-1152-SRU
vs.    )
    )
VERIZON NEW YORK, INC.    )
             Defendant.    ) OCTOBER 14, 2014

## CORPORATE DISCLOSURE STATEMENT

In accordance with the order of this Court and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Verizon New York, Inc. respectfully submits this Corporate Disclosure Statement.  Verizon New York, Inc. is a wholly-owned, indirect subsidiary of the publicly traded company Verizon Communications Inc.  Further, there are no publicly traded owners of more than 10% of Verizon Communications Inc.

Dated: October 14, 2014                    Respectfully submitted,

                                      /s/ Jay M. Wolman
                                      Bruce H. Raymond, ct04981
                                      Jay M. Wolman, ct29129
                                      Raymond Law Group LLC
                                      90 National Drive, Suite 3
                                      Glastonbury, CT 06033
                                      Tel. 860-633-0580
                                      Fax. 860-633-0438
                                      Raymond@raymondlawgroup.com
                                      Wolman@raymondlawgroup.com
                                      Attorneys for Defendant

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on this date a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Date: October 14, 2014                          /s/ Jay M. Wolman____
                                                Jay M. Wolman