UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT LIGHT AND POWER COMPANY, <br>     Plaintiff, <br> vs. <br><br> VERIZON NEW YORK, INC. <br>     Defendant. | ) <br> ) <br> ) CIVIL ACTION NO. 3:14-cv-1152-SRU <br> ) <br> ) <br> ) <br> ) MAY 22, 2015 |

## MOTION FOR ATTORNEY JAY WOLMAN TO WITHDRAW AS COUNSEL

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, Attorney Jay Wolman respectfully requests to Withdraw his appearance for the Defendant in the above matter. Attorney Bruce Raymond will remain as Defendant's lead local counsel, Attorney Robert Langlois also remains Defendant's counsel, and all parties have been notified. As set forth in the below certificate of service, a copy of this motion is being served upon the Defendant by certified mail.

Date:  May 22, 2015

By: /s/ Jay M. Wolman
Jay M. Wolman ct29129
Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06033
P: 860-633-0580
F: 860-633-0438
wolman@raymondlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

And by CERTIFIED MAIL to:

Verizon New York, Inc.

Date: May 22, 2015                                         /s/ Jay M. Wolman
                                                            Jay M. Wolman