UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT LIGHT & POWER CO.,<br>　　Plaintiff,<br><br>　　v.<br><br>VERIZON NEW YORK, INC.,<br>　　Defendant. | No. 3:14-cv-1152 (SRU) |

## CONFERENCE MEMORANDUM

On December 15, 2015, I held telephone status conference off the record with Joshua A. Lewin, attorney for the plaintiff, Connecticut Light & Power ("CL&P"), and Ronald P. Langlois, Verizon New York, Inc. ("Verizon"). The purpose of the call was to discuss CL&P's pending motion for sanctions (doc. 35) and to determine the status of the case.

I expressed my surprise that the parties, who necessarily cooperate in the resolution of similar disputes as a routine matter, were unable to resolve this case despite the relatively high damages demand. I strongly suggested that the parties enter into settlement discussions, and to that end, ordered the parties to schedule a settlement conference with Magistrate Judge William I. Garfinkel. I stated that I would be happy to consider requests for extensions to the discovery and dispositive motions deadlines currently set in the case if those extensions would facilitate settlement discussions.

So ordered.

Dated at Bridgeport, Connecticut, this 16th day of December 2015.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ STEFAN R. UNDERHILL
　　　　　　　　　　　　　　　　　　　　　　　　Stefan R. Underhill
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge